IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01226-WYD-MEH

MARVIN O. HOLLOMAN,

    Applicant,

v.

JOSEPH ORTIZ, Executive Director of the Department of Corrections,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2006

GREGORY C. LANGHAM
                  CLERK

---

### ORDER TO ANSWER

---

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before August 3, 2006, the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated: July 14, 2006

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01226-WYD-MEH

Marvin Holloman
Prisoner No. 114066
Trinidad Corr. Facility
PO Box 2000
Trinidad, CO 81082

Joseph Ortiz
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
c/o Laurie Booras, Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joseph Ortiz, and to Laurie Booras for service of process on John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 6/27/06, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/14/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk